**Joseph ELKANICH, Appellant,**

v.

**Myrl E. ALEXANDER, Director of Bureau of Prisons and the United States, Appellee.**

**No. 175-70.**

United States Court of Appeals, Tenth Circuit.

Aug. 25, 1970.

Richard L. Meyer, Asst. U. S. Atty., for appellee.

Before LEWIS, Chief Judge, PICKETT, Circuit Judge, and KERR, District Judge.

PER CURIAM.

Appellant Elkanich was notified that the court was considering summary affirmance, and thereafter appellee filed a motion to affirm, pursuant to Rule 8 of our Revised Rules, effective January 1, 1970. Although appellant was afforded an opportunity to oppose summary affirmance, either as proposed by the court or by the appellee, he has not done so. Nonetheless, examination of the file and records in this cause prompts the conclusion that the questions presented are wholly unsubstantial and require no further argument. Accordingly, the motion of appellee is granted and the judgment of the district court is affirmed for the reasons stated in the Memorandum and Order of the district court, 315 F.Supp. 659 (D.Kan.1970).

**Vern Mac THOGMARTIN, Appellant,**

v.

**Warden MOSELEY and United States of America et al., Appellees.**

**No. 115-70.**

United States Court of Appeals, Tenth Circuit.

June 8, 1970.

Certiorari Denied Nov. 9, 1970. See 91 S.Ct. 155.

Vern Mac Thogmartin, pro se.

Before LEWIS, Chief Judge, and PICKETT and HICKEY, Circuit Judges.

ORDER.

Thogmartin was notified that this court was considering summary affirmance, and he took the opportunity afforded him to file a memorandum opposing such disposition. Nonetheless, examination of the file and records in this cause prompts the conclusion that the questions presented are so unsubstantial as not to require further argument. Accordingly, the judgment of the district court is affirmed on the court's own motion, for the reasons stated in the Memorandum and Order of the district court, 313 F.Supp. 158 (D.Kan. 1969).

---

* Of the Southern District of New York, sitting by designation.

1. On November 21, 1968.